UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH KRAUSE,<br><br>                     Plaintiff,<br><br>    v.<br><br>RON HAYNES,<br><br>                     Defendant. | No. 3:18-cv-05689-BHS-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**.

(2)     Plaintiff's Motion to Dismiss (Dkt. 9) is granted. Plaintiff's action is dismissed without prejudice.

Dated this 12th day of December, 2018.

                                                    BENJAMIN H. SETTLE
                                                    United States District Judge